1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 DENNIS CHAN LAI,                 1:09 cv 2086 AWI GSA

12        Plaintiff,              ORDER TO SUBMIT APPLICATION
                                 TO PROCEED IN FORMA PAUPERIS

13                          OR PAY FILING FEE WITHIN 45 DAYS

14 MRS. ISPON, et al.,

15        Defendants.

16 _____/

17       Plaintiff is a federal prisoner proceeding pro se in this civil action.  Plaintiff has not paid the

18 $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. §

19 1915.

20       Accordingly, IT IS HEREBY ORDERED that:

21       Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

22 attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

23 the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

24 **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

25 submit a certified copy of his/her prison trust statement for the six month period immediately

26 preceding the filing of the complaint.

27 /////

28 /////

-1-

**Failure to comply with this order will result in this action be dismissed.**

IT IS SO ORDERED.

Dated: __December 3, 2009__ _____/s/ **Gary S. Austin**_____
                                    UNITED STATES MAGISTRATE JUDGE