1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10                           FRESNO DIVISION

11

12   DENNIS CHAN LAI,                         1:09-cv-2086 AWI-GSA

13              Plaintiff,                     ORDER GRANTING APPLICATION TO
                                              PROCEED IN FORMA PAUPERIS
14   v.                                        and

15   MRS. IPSON, et al.,                       ORDER DIRECTING PAYMENT
                                              OF INMATE FILING FEE BY
16              Defendants.                    USP ATWATER

17   _____/

18          Plaintiff is a federal prisoner proceeding pro se in this civil action.  On December 7, 2009,

19   Plaintiff requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has

20   made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis

21   will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28

22   U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty

23   percent of the preceding month's income credited to plaintiff's trust account.  USP Atwater is

24   required to send to the Clerk of the Court payments from plaintiff's account each time the amount in

25   the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26          In accordance with the above and good cause appearing therefore, IT IS HEREBY

27   ORDERED that:

28                 1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

                                            -1-

1    **2.  The Warden of USP Atwater or his designee shall collect payments from**

2    **plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding**

3    **month's income credited to the prisoner's trust account and shall forward those payments to**

4    **the Clerk of the Court each time the amount in the account exceeds $10.00,  in accordance with**

5    **28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of**

6    **the Court.  The payments shall be clearly identified by the name and number assigned to this**

7    **action.**

8         3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

9    plaintiff's in forma pauperis application on the Warden of the USP Atwater, via the court's electronic

10   case filing system (CM/ECF).

11        4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

12   Department, U.S.  District Court, Eastern District of California, Fresno Division.

13        5.  Within thirty (60) days of the date of service of this order, plaintiff shall submit a

14   certified copy of his/her prison trust account statement for the six-month period immediately

15   preceding the filing of the complaint, if plaintiff has not already done so.

16

17

18        IT IS SO ORDERED.

19   **Dated:    December 9, 2009**                    _____/s/ **Gary S. Austin**_____
                                                        UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

-2-