# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CHAN LAI, | 1:09-CV-02086 AWI GSA |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| MRS. IPSON, et al., | ORDER DISMISSING ACTION |
| Defendants. | (Document 10) |

Plaintiff Dennis Chan Lai, a federal prisoner, is proceeding pro se and in forma pauperis in this action filed on November 30, 2009. (Doc. 1.)

On March 10, 2010, the Magistrate Judge issued Findings and Recommendations that the action be DISMISSED without leave to amend. Initially the Findings were adopted in full by this Court on April 28, 2010 (Doc. 11); however, on May 10, 2010, the Court learned that Plaintiff had not been properly served with Magistrate Judge's Findings and Recommendations. Thus, this Court set aside the April 28, 2010, judgement, ordered that Plaintiff be served with the Findings and Recommendations, and provided Plaintiff with an additional thirty days within which to file objections. (Doc. 14.)

On May 27, 2010, Plaintiff sought an extension of time from the Court, and the

1

Magistrate Judge ordered that Plaintiff be given through and including July 1, 2010, within which to file objections to the Findings and Recommendations issued March 10, 2010. (Docs. 15 & 16.)  Nevertheless, as of this date, no party has sought a further extension or filed objections.

In accordance with the provisions of Title 28 of the United States Code section 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated March 10, 2010, are ADOPTED IN FULL; and
2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

Dated:     July 6, 2010

CHIEF UNITED STATES DISTRICT JUDGE