# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CHAN LAI, | 1:09-cv-02086-AWI-GSA |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| v. | |
| IPSON, et al., | (Document 27) |
| Defendants. | |

     Plaintiff Dennis Chan Lai, a federal prisoner, is proceeding pro se in this action. On October 4, 2010, Plaintiff filed a motion to proceed in forma pauperis following the filing of his Notice of Appeal, filed September 14, 2010. (Doc. 24.) Plaintiff seeks to appeal from the Honorable Anthony W. Ishii's Order of September 7, 2010, wherein Findings and Recommendations to dismiss without leave to amend were adopted. (*See* Doc. 10.) On September 17, 2010, Plaintiff's appeal was processed to the Ninth Circuit Court of Appeals. (Doc. 25.)

//
//
//

Having reviewed the in forma pauperis application filed October 4, 2010, this Court GRANTS Plaintiff application.

IT IS SO ORDERED.

Dated: October 7, 2010                    /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE